**THORNTON DAVIDSON**, #166487
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9791

Attorney for Plaintiff, DANIEL DALLABRIDA

**HORACE W. GREEN**
**JOANNE RYAN**
Green & Humbert
The Mills Building
220 Montgomery St., Ste. 438
San Francisco, CA 94104
Telephone: (415)837-5433
Facsimile: (415)837-0127

Attorney for Defendant,
DALLABRIDA AND ASSOCIATES SHORT TERM
AND LONG TERM GROUP DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DANIEL DALLABRIDA, <br><br> Plaintiff, <br> v. <br><br> DALLABRIDA AND ASSOCIATES SHORT TERM AND LONG TERM GROUP DISABILITY PLAN <br><br> Defendant. | Case No.: C 05 1429 TEH <br><br> **REQUEST FOR TELEPHONIC APPEARANCE** <br><br> Date: August 15, 2005 <br> Time: 1:30 p.m. <br> Judge: Honorable Thelton E. Henderson <br> Courtroom: 12 |

   I, Thornton Davidson, counsel for plaintiff Daniel Dallabrida, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

   1.   The initial Case Management Conference is scheduled for August 15, 2005 at 1:30 p.m. in Courtroom 12 before the Honorable Thelton E. Henderson.

   2.   Counsel for the parties have prepared and filed the Joint Case Management

Statement.

3. This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

4. Defense Counsel does not object to my appearance by telephone.

Dated: August 8, 2005                                         /S/ Thornton Davidson
                                                              THORNTON DAVIDSON
                                                              Attorney for Plaintiff,
                                                              Daniel Dallabrida

## [PROPOSED] ORDER

Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated:    8/10/05

*Judge Thelton E. Henderson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
Case No.: C 05 1429 THE

2